United States District Court
Eastern District of North Carolina
Western Division
No. 5:19-cv-248-BO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS,**<br><br>*Defendants*. | |

## PLAINTIFF PUBLIC INTEREST LEGAL FOUNDATION'S NOTICE OF APPEAL

Notice is hereby given under Federal Rules of Appellate Procedure 3 that the Public Interest Legal Foundation, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment of the United States District Court for the Eastern District of North Carolina entered October 17, 2019 (Docs. 29 and 31), dismissing Plaintiff's Amended Complaint.

Plaintiff also hereby appeals to the United States Court of Appeals for the Fourth Circuit from the sealed *ex parte* orders entered July 31, 2019 and October 17, 2019 (Docs. 15 and 30), the nature of which is unknown to Plaintiff.

Dated: November 7, 2019.

Respectfully submitted,

For the Plaintiff Public Interest Legal Foundation:

   /s/ Benton G. Sawrey
Benton G. Sawrey (N.C. Bar #46379)
Narron Wenzel, P.A.
102 S. Third Street
PO Box 1567
Smithfield, N.C. 27577
T: (919) 934-0049
F: (919) 934-6280
bsawrey@narronwenzel.com
Local Civil Rule 83.1(d) Counsel

J. Christian Adams* (Virginia Bar #42543)
Public Interest Legal Foundation, Inc.
1555 King St., Ste. 200
Alexandria, VA 22314
Tel: (317) 203-5599
Fax: (888) 815-5641
adams@PublicInterestLegal.org

  /s/ Noel H. Johnson
Noel H. Johnson** (Wisconsin Bar #1068004)
Kaylan L. Phillips** (Indiana Bar #30405-82)
Public Interest Legal Foundation, Inc.
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
* *Special Appearance to be filed*
** *Special Appearance filed*

Attorneys for Plaintiff Public Interest Legal Foundation

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

                                              /s/ Noel H. Johnson
                                              Noel H. Johnson
                                              njohnson@publicinterestlegal.org
                                              Counsel for Plaintiff