IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-248-BO

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br>           Plaintiff, <br> v. <br><br> KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS, <br>           Defendants. | ORDER |

This cause comes before the Court following remand by the court of appeals. By opinion entered May 10, 2021, the court of appeals vacated and remanded with instructions this Court's prior order granting defendants' Rule 12(b)(6) motion to dismiss. [DE 35]. Mandate issued on June 1, 2021 [DE 38] and the case is again before this Court.

The parties are ORDERED to confer and propose a schedule for proceeding in accordance with the court of appeals' mandate. The parties shall submit their proposed schedule(s) within twenty-one (21) days of the date of entry of this order.

SO ORDERED, this 10 day of June, 2021.

                                                      TERRENCE W. BOYLE
                                                      UNITED STATES DISTRICT JUDGE