United States District Court
Eastern District of North Carolina
Western Division
No. 5:19-cv-248-BO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,** *Plaintiff*, v. **KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS,** *Defendants*. | |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

In response to the Court's June 10, 2021 Order (Doc. 39), the parties to this action hereby jointly submit this status report and proposed schedule.

The parties have conferred and report that they have begun to discuss a resolution to this action. The parties plan to continue negotiating in good faith. The parties respectfully request leave to provide an update to the Court as to the status of the parties' settlement negotiations within the earlier of July 30, 2021 or promptly after the parties have reached an agreement.

1

Dated: July 1, 2021.

Respectfully submitted:

| | |
|---|---|
| /s/ Benton G. Sawrey | JOSHUA H. STEIN |
| Benton G. Sawrey (N.C. Bar #46379) | Attorney General |
| Narron Wenzel, P.A. | |
| 102 S. Third Street | /s/ Paul M. Cox |
| PO Box 1567 | Paul M. Cox |
| Smithfield, N.C. 27577 | Special Deputy Attorney General |
| T: (919) 934-0049 | N.C. State Bar No. 49146 |
| F: (919) 934-6280 | Email: pcox@ncdoj.gov |
| bsawrey@narronwenzel.com | N.C. Department of Justice |
| Local Civil Rule 83.1(d) Counsel | Post Office Box 629 |
| | Raleigh, NC 27602-0629 |
| /s/ Noel H. Johnson | Telephone: (919) 716-6900 |
| Noel H. Johnson* (Wisconsin Bar #1068004) | Fax: (919) 716-6750 |
| Kaylan L. Phillips* (Indiana Bar #30405-82) | *Counsel for Defendant Karen Brinson Bell* |
| Public Interest Legal Foundation, Inc. | |
| 32 E. Washington St., Ste. 1675 | |
| Indianapolis, IN 46204 | |
| Tel: (317) 203-5599 | |
| Fax: (888) 815-5641 | |
| njohnson@PublicInterestLegal.org | |
| *  Special Appearance filed* | |

*Counsel for Plaintiff Public Interest Legal Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021 I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

                                              /s/ Noel H. Johnson
                                              Noel H. Johnson
                                              njohnson@publicinterestlegal.org
                                              Counsel for Plaintiff