IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-248-BO

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br> Plaintiff, <br> v. <br> KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS, <br> Defendants. | ORDER |

The parties to this action have filed a joint status report and proposed schedule, stating that they have conferred and are attempting in good faith to resolve this matter. The parties request leave to provide an update to the Court as to the status of their settlement negotiations not later than July 30, 2021, or promptly after the parties have reached an agreement.

The request of the parties is ALLOWED. The parties shall provide a status update every thirty (30) days following the date of entry of this order. The Court will hold the matter in abeyance pending notification that the matter has settled or that the parties have been unable to reach an agreement.

SO ORDERED, this 7 day of July, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE