IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-248-BO

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC.,<br><br>          Plaintiff,<br><br>  v.<br><br>KAREN BRINSON BELL, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; and NORTH CAROLINA STATE BOARD OF ELECTIONS;<br><br>          Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br>**Local Civil Rule 5.2(c)** |

      **NOW COMES** Terence Steed, Special Deputy Attorney General and provides notice, pursuant to Local Civil Rule 5.2(c), of substitution of counsel of record for Defendant Karen Brinson Bell[1], and is substituting for Paul M. Cox, Special Deputy Attorney General. Special Deputy Attorney General Paul M. Cox has accepted another position and will no longer be employed with the North Carolina Department of Justice and should be terminated from the docket as representing the Defendants.

     Special Deputy Attorney General Terence Steed is aware of and will comply with all pending deadlines in the case, including proceedings with any scheduled trial or hearings.

---

[1] Defendant North Carolina State Board of Elections was dismissed from this matter on October 17, 2019 (Docs. 29, 31)

This the 7th day of September, 2021.

        JOSHUA H. STEIN
        Attorney General

        /s/ Terence Steed
        Terence Steed
        N.C. State Bar No. 52809
        Special Deputy Attorney General
        Email: tsteed@ncdoj.gov

        /s/ Paul M. Cox
        Paul M. Cox
        Special Deputy Attorney General
        N.C. State Bar No. 49146
        Email: pcox@ncdoj.gov

        N.C. Department of Justice
        Post Office Box 629
        Raleigh, NC 27602-0629
        Telephone: (919) 716-6900
        Fax: (919) 716-6763

        *Counsel for Defendant Karen Brinson Bell*