**United States District Court**
**Eastern District of North Carolina**
**Western Division**
**No. 5:19-cv-248-BO**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,** | |
| *Plaintiff*, | |
| v. | |
| **KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS,** | |
| *Defendants*. | |

## FIFTH JOINT STATUS REPORT

In response to the Court's July 7, 2021 Order (Doc. 42), the parties to this action hereby jointly submit this status report.

The parties report that they continue to negotiate in good faith toward a resolution to this action. In accordance with this Court's Order, the parties shall provide a status update every thirty (30) days or promptly after the parties have reached an agreement.

1

Dated: November 1, 2021.

Respectfully submitted:

  /s/ Benton G. Sawrey
Benton G. Sawrey (N.C. Bar #46379)
Narron Wenzel, P.A.
102 S. Third Street
PO Box 1567
Smithfield, N.C. 27577
T: (919) 934-0049
F: (919) 934-6280
bsawrey@narronwenzel.com
Local Civil Rule 83.1(d) Counsel

  /s/ Noel H. Johnson
Noel H. Johnson* (Wis. Bar #1068004)
Kaylan L. Phillips* (Indiana Bar #30405-82)
Public Interest Legal Foundation, Inc.
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* Special Appearance filed

*Counsel for Plaintiff Public Interest Legal
Foundation*

JOSHUA H. STEIN
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6900
Fax: (919) 716-6750

*Counsel for Defendant Karen Brinson Bell*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing using the

Court's ECF system, which will serve notice on all registered parties.

<div style="margin-left: 45%;">

   /s/ Noel H. Johnson           
Noel H. Johnson
njohnson@publicinterestlegal.org
Counsel for Plaintiff

</div>

2