United States District Court
Eastern District of North Carolina
Western Division
No. 5:19-cv-248-BO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,** *Plaintiff*, v. **KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS,** *Defendants*. | |

## SIXTH JOINT STATUS REPORT

In response to the Court's July 7, 2021 Order (Doc. 42), the parties to this action hereby jointly submit this status report.

The parties report that they continue to negotiate in good faith toward a resolution to this action. In accordance with this Court's Order, the parties shall provide a status update every thirty (30) days or promptly after the parties have reached an agreement.

1

Dated: December 1, 2021.

Respectfully submitted:

| | |
|---|---|
| /s/ Benton G. Sawrey<br>Benton G. Sawrey (N.C. Bar #46379)<br>Narron Wenzel, P.A.<br>102 S. Third Street<br>PO Box 1567<br>Smithfield, N.C. 27577<br>T: (919) 934-0049<br>F: (919) 934-6280<br>bsawrey@narronwenzel.com<br>Local Civil Rule 83.1(d) Counsel | JOSHUA H. STEIN<br>Attorney General<br><br>/s/ Terence Steed<br>Terence Steed<br>Special Deputy Attorney General<br>N.C. State Bar No. 52809<br>Email: tsteed@ncdoj.gov<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>Telephone: (919) 716-6900<br>Fax: (919) 716-6750 |
| /s/ Noel H. Johnson<br>Noel H. Johnson* (Wis. Bar #1068004)<br>Kaylan L. Phillips* (Indiana Bar #30405-82)<br>Public Interest Legal Foundation, Inc.<br>32 E. Washington St., Ste. 1675<br>Indianapolis, IN 46204<br>Tel: (317) 203-5599<br>Fax: (888) 815-5641<br>njohnson@PublicInterestLegal.org<br>kphillips@PublicInterestLegal.org<br>*Special Appearance filed<br><br>*Counsel for Plaintiff Public Interest Legal Foundation* | *Counsel for Defendant Karen Brinson Bell* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

    /s/ Noel H. Johnson
Noel H. Johnson
njohnson@publicinterestlegal.org
Counsel for Plaintiff