United States District Court
Eastern District of North Carolina
Western Division
No. 5:19-cv-248-BO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,** *Plaintiff,* v. **KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, and NORTH CAROLINA STATE BOARD OF ELECTIONS,** *Defendants.* | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants in the above-captioned action hereby stipulate that this action be dismissed in its entirety with prejudice as to all claims, causes of actions, and parties.

1

Dated: January 31, 2022.

Respectfully submitted:

| | |
|---|---|
| /s/ Benton G. Sawrey<br>Benton G. Sawrey (N.C. Bar #46379)<br>Narron Wenzel, P.A.<br>102 S. Third Street<br>PO Box 1567<br>Smithfield, N.C. 27577<br>T: (919) 934-0049<br>F: (919) 934-6280<br>bsawrey@narronwenzel.com<br>Local Civil Rule 83.1(d) Counsel | JOSHUA H. STEIN<br>Attorney General<br><br>/s/ Terence Steed<br>Terence Steed<br>Special Deputy Attorney General<br>N.C. State Bar No. 52809<br>Email: tsteed@ncdoj.gov<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>Telephone: (919) 716-6900<br>Fax: (919) 716-6750 |
| /s/ Noel H. Johnson<br>Noel H. Johnson* (Wis. Bar #1068004)<br>Kaylan L. Phillips* (Indiana Bar #30405-82)<br>Public Interest Legal Foundation, Inc.<br>32 E. Washington St., Ste. 1675<br>Indianapolis, IN 46204<br>Tel: (317) 203-5599<br>Fax: (888) 815-5641<br>njohnson@PublicInterestLegal.org<br>kphillips@PublicInterestLegal.org<br>* *Special Appearance filed*<br><br>*Counsel for Plaintiff Public Interest Legal Foundation* | *Counsel for Defendant Karen Brinson Bell* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

    /s/ Noel H. Johnson
Noel H. Johnson
njohnson@publicinterestlegal.org
Counsel for Plaintiff